No. 99–7634. LEON ZUNIGA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–7635. GRIFFITH *v.* DEPARTMENT OF AGRICULTURE ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–7636. DAVIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7638. GRAY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–7639. GRAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7640. HARRIS *v.* COUNTY OF COOK ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–7648. GRISSO *v.* LEARY. C. A. D. C. Cir. Certiorari denied.

No. 99–7650. DUNLAP *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7651. NIXON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7654. MCKINNEY *v.* STATE EMPLOYEES' RETIREMENT SYSTEM. Ct. App. Mich. Certiorari denied.

No. 99–7657. HILL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7664. FORDHAM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–7668. FRAZIER *v.* LEA COUNTY DISTRICT COURT. Sup. Ct. N. M. Certiorari denied.

No. 99–7669. HAZEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7672. RUSSEL *v.* UNKNOWN FEDERAL DISTRICT COURT JUDGES. C. A. D. C. Cir. Certiorari denied.